1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3 | JOSHUA S. WHITE, State Bar #223237
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, Sixth Floor
5 | San Francisco, California 94102-5408
Telephone: (415) 554-4259
6 | Facsimile: (415) 554-3837
E-Mail: joshua.white@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT KELLY, | Case No. CV11-1818 JCS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, AND DOES 1 TO 100, INCLUSIVE, | Trial Date: None Set |
| Defendants. | |

///
///
///
///
///
///
///

1   WHEREAS, the parties have reached a settlement in this case;

2   WHEREAS, the settlement is contingent upon approval by the Police Commission;

3   Accordingly, the parties respectfully request that the Court vacate the case management conference, currently set for October 21, 2011, to allow defendants to seek the necessary approvals and to allow the parties to effectuate the settlement.

Dated:  October 12, 2011

```
                                    DENNIS J. HERRERA
                                    City Attorney
                                    JOANNE HOEPER
                                    Chief Trial Deputy
                                    JOSHUA S. WHITE
                                    Deputy City Attorney

                              By:            /s/
                                    JOSHUA S. WHITE

                                    Attorneys for Defendants
                                    CITY AND COUNTY OF SAN FRANCISCO
```

Dated: October 12, 2011            DU CHARME & COHEN

```
                              By:            /s/
                                    JAMES A. DU CHARME
                                    Attorneys for Plaintiff
                                    ROBERT KELLY
```

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.
The case management conference is continued to Dec. 2, 2011 at 1:30 p.m. Date will be vacated if dismissal is filed.

Dated: _____10/17/11_____

HON. JOSEPH C. SPERO
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

Stipulation and Order Regarding Settlement            2            n:\lit\li2011\111012\00732135.doc
KELLY v CCSF, ET AL. – Case NO: CV11-1818 JCS