| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961 |
|   | Chief Trial Attorney |
| 3 | JOSHUA S. WHITE, State Bar #223237 |
|   | Deputy City Attorney |
| 4 | Fox Plaza |
|   | 1390 Market Street, Sixth Floor |
| 5 | San Francisco, California 94102-5408 |
|   | Telephone:     (415) 554-4259 |
| 6 | Facsimile:     (415) 554-3837 |
|   | E-Mail:        joshua.white@sfgov.org |

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KELLY, | Case No. CV11-1818 JCS |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SETTLEMENT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO POLICE DEPARTMENT, AND DOES 1 TO 100, INCLUSIVE, | Trial Date:     None Set |
| Defendants. | |

///

///

///

///

///

///

///

Stipulation and Order Regarding Settlement                    1                    n:\lit\li2011\111012\00732135.doc
KELLY v CCSF, ET AL. – Case NO: CV11-1818 JCS

1  WHEREAS, the parties have reached a settlement in this case;

2  WHEREAS, the settlement is contingent upon approval by the Police Commission;

3  Accordingly, the parties respectfully request that the Court vacate the case management
4 conference, currently set for October 21, 2011, to allow defendants to seek the necessary approvals
5 and to allow the parties to effectuate the settlement.

6 Dated: October 12, 2011

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
JOSHUA S. WHITE
Deputy City Attorney

By: _____/s/_____
JOSHUA S. WHITE

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

Dated: October 12, 2011        DU CHARME & COHEN

By: _____/s/_____
JAMES A. DU CHARME
Attorneys for Plaintiff
ROBERT KELLY

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.
The case management conference is continued to Dec. 2, 2011 at 1:30 p.m. Date will be vacated if dismissal is filed.

Dated: _____10/17/11_____

HON. JOSEPH C. SPERO
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*